1    **WO**

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                     **FOR THE DISTRICT OF ARIZONA**

8

9    Dennis Montoya,                    )    No. CV-13-8068-PCT-SMM
                                         )
10              Plaintiff,               )    **ORDER SETTING RULE 16**
                                         )    **PRELIMINARY PRETRIAL**
11   vs.                                 )    **CONFERENCE**
                                         )
12   3PD Incorporated, et al,            )
                                         )
13              Defendants.              )
                                         )
14   _____    )

15

16          This matter now being ready for a pretrial conference,

17          **IT IS HEREBY ORDERED** that pursuant to Rule 16 of the Federal Rules of Civil

18   Procedure a Preliminary Pretrial Conference is set for **September 4, 2013 at 3:30 p.m.**

19   before the Honorable Stephen M. McNamee in Courtroom #605, sixth floor, Sandra Day

20   O'Connor U.S. Courthouse, 401 W. Washington Street, Phoenix, Arizona.

21                    **\* \* \* N O T I C E \* \* \***

22

23          **IT IS FURTHER ORDERED:**

24   **1.      COUNSEL WHO WILL BE RESPONSIBLE FOR TRIAL OF THE**

25           **LAWSUIT FOR EACH PARTY SHALL PERSONALLY APPEAR**

26           **AND PARTICIPATE IN THE PRELIMINARY PRETRIAL**

27           **CONFERENCE.** Counsel for all parties are directed to Rule 16 of the

28           Federal Rules of Civil Procedure for the objectives of the conference.  At

1     least one of the attorneys for each party attending the conference shall have

2     authority to enter into stipulations and make admissions regarding all

3     matters which may be discussed.

4     2.     **IN ADDITION TO COUNSEL OF RECORD, EACH PARTY, OR A**

5     **REPRESENTATIVE OF EACH PARTY (WHO IS <u>NOT</u> COUNSEL**

6     **OF RECORD) WITH BINDING SETTLEMENT AUTHORITY IF**

7     **THE PARTY IS AN ENTITY, SHALL BE PRESENT AT THE**

8     **PRELIMINARY PRETRIAL CONFERENCE.  NO PARTY OR**

9     **COUNSEL SHALL BE EXCUSED FROM PERSONALLY**

10     **APPEARING AT THE CONFERENCE WITHOUT PRIOR**

11     **PERMISSION OF THE COURT.  See Fed. R. Civ. P. 16(f).**

12     3.     Counsel must be prepared to discuss what the parties must prove in order to

13     prevail on their respective claims or defenses at the time of the Preliminary

14     Pretrial Conference.

15     4.     Counsel should be prepared to discuss logistical matters.

16     **IT IS FURTHER ORDERED** that all parties are directed to meet at least twenty-

17  one (21) days before the Preliminary Pretrial Conference, in accordance with Rule 26(f)

18  of the Federal Rules of Civil Procedure, to discuss the following matters:

19     1.     The possibility of consent to trial before a United States Magistrate Judge

20     pursuant to 28 U.S.C. § 636(c), the suitability for referral of this matter to this

21     District's court-annexed voluntary arbitration program or any other alternative

22     dispute resolution mechanism, or the reference of this matter to a special master;

23     2.     Any matters relating to jurisdiction or venue or the joinder of additional

24     parties;

25     3.     The nature and bases of their claims and defenses and the possibilities for a

26     prompt settlement or resolution of the case;

27     4.     A schedule of all pre-trial proceedings;

28

5.      Modification of pre-trial procedures due to the simplicity or complexity of the case;

6.      Arrangements for Initial Disclosures in compliance with Rule 26(a)(1) of the Federal Rules of Civil Procedure.  Unless otherwise stipulated in writing by the parties or otherwise directed by a written Order of this Court, Initial Disclosures shall be made at the initial Rule 26(f) case management meeting or within fourteen (14) days after the meeting; and

7.      Any other matters which counsel may feel will help dispose of the matter in an efficient manner.

**IT IS FURTHER ORDERED** that to satisfy the requirements of Federal Rule of Civil Procedure 26(a) the parties shall file with the Clerk of the Court a <u>Notice of Initial Disclosure</u>; copies of the actual disclosures shall therefore not be filed.

**IT IS FURTHER ORDERED** that at the Rule 26(f) case management meeting, the parties shall develop a **Proposed Case Management Plan** which shall include brief statements or proposals concerning:

1.      The nature of the case, setting forth in brief statements the factual and legal basis of plaintiff's claims and defendant's defenses;

2.      A list of the elements of proof necessary for <u>each</u> count of the complaint and each affirmative defense.  Where the burden of proof shifts, each party shall list the elements of the claim or defense that the party must prove in order to prevail.  The list of the elements of proof must contain citations to relevant legal authority (<u>i.e.</u>, United States statutory and/or administrative law, U.S. Supreme Court case law, Ninth Circuit Court of Appeals case law, Arizona state case and statutory law, or other authority as dictated by conflicts of law rules);

3.      The factual and legal issues genuinely in dispute, and whether they can be narrowed by stipulation or motion;

4.      The jurisdictional basis of the case, citing specific statutes;

5.      Parties, if any, which have not been served, as well as parties which have not filed an answer or other appearance.  Unless counsel can otherwise show cause, a proposed form of order shall accompany the joint Case Management Plan which dismisses any party which has not been served, or seeks default judgment on any non-appearing party;

6.      The names of parties not subject to the Court's jurisdiction;

7.      Whether there are further dispositive or partially dispositive issues to be decided by pretrial motions, and the legal issues about which any pretrial motions are contemplated;

8.      Whether the case is suitable for reference to arbitration, to a special master, or to a United States Magistrate Judge for trial;

9.      The status of related cases pending before other judges of this Court or before other courts;

10.     Suggested changes, if necessary, in the timing, form, or requirement for disclosures under Rule 26(a), Federal Rules of Civil Procedure, including a statement of when Initial Disclosures were made or will be made;

11.     Proposed specific dates for each of the following:

     a.      A deadline for the completion of fact discovery;[1]

     b.      Dates for full and complete expert disclosures under Federal Rule of Civil Procedure 26(a)(2)(A)-(C);

     c.      A deadline for completion of all expert depositions;

     d.      A deadline for filing dispositive motions;

---

[1]The discovery deadline is the date by which all discovery must be completed. Discovery requests must be served and depositions noticed sufficiently in advance of this date to ensure reasonable completion by this deadline, including time to resolve discovery disputes. Absent extraordinary circumstances, the Court will not entertain discovery disputes after this deadline.

e.    A date by which the parties shall have engaged in good faith settlement talks;

12.    The scope of discovery and whether discovery should be conducted in phases or should be limited to or focused upon particular issues.  For example, where dispositive motions will be filed (*e.g.*, motions for summary judgment or a defense relying on the statute of limitations) counsel should consider limiting discovery to the issue at hand until the court has ruled on the motion;

13.    Suggested changes, if any, in the limitations on discovery imposed by the Federal Rules of Civil Procedure and LRCiv 16.2;

14.    Estimated date that the case will be ready for trial, the estimated length of trial, and any suggestions for shortening the trial;

15.    Whether a jury trial has been requested and whether the request for a jury trial is contested.  If the request for a jury trial is contested, the Proposed Case Management Plan shall set forth the reasons that a trial by jury is in dispute;

16.    The prospects for settlement, including any request to have a settlement conference before another United States District Court Judge or Magistrate Judge, or other request of the court for assistance in settlement efforts; and

17.    Any other matters which counsel feel will aid the Court in resolving this dispute in a just, speedy, and inexpensive manner.

**IT IS FURTHER ORDERED** that all deadlines to which the parties stipulate in the Proposed Case Management Plan shall fall on a Friday barring extenuating circumstances which make doing so impracticable.

**IT IS FURTHER ORDERED** that counsel shall jointly file their Proposed Case Management Plan with the Clerk of the Court **not less than five (5) business days** before the Preliminary Pretrial Conference.  Absent extraordinary circumstances, no extensions of time will be granted.

- 5 -

1    **IT IS FURTHER ORDERED** that it is the responsibility of counsel for the

2  Plaintiff(s) to initiate the communications necessary to prepare the joint Proposed Case

3  Management Plan.  Once contacted by counsel for Plaintiff(s), counsel for Defendant(s)

4  shall act in an expeditious manner to effectuate the preparation of the Case Management

5  Plan.

6    **IT IS FURTHER ORDERED** that counsel for all parties are expected to comply

7  with Rule 26 of the Federal Rules of Civil Procedure, and to minimize the expense of

8  discovery.

9    **IT IS FURTHER ORDERED** that the Court, after consultation with counsel and

10  the parties, will enter a Rule 16(b) Scheduling Order concerning, inter alia, discovery and

11  dispositive motions.  (See Attached)  To the extent that the Court's Rule 16 Scheduling

12  Order differs from the parties' Proposed Case Management Plan, the provisions of the

13  Court's Order shall supersede the parties' Proposed Case Management Plan and shall

14  control the course of this action unless modified by subsequent Order of this Court.  The

15  parties and their counsel are all cautioned that the deadlines set in the Rule 16 Scheduling

16  Order shall be strictly enforced.

17    **IT IS FURTHER ORDERED** that counsel review the requirements of LRCiv 7.1

18  and LRCiv 7.2, Rules of Practice of the United States District Court for the District of

19  Arizona, with their administrative/support personnel to ensure that all pleadings are in

20  compliance with the rules.

21    **IT IS FURTHER ORDERED** that this Court views the Preliminary Pretrial

22  Conference as critical to its case management responsibilities and the responsibilities of

23  the parties under Rule 1 of the Federal Rules of Civil Procedure.  **FAILURE TO**

24  **COMPLY WITH EVERY PROVISION OF THIS ORDER MAY LEAD TO**

25  **SANCTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 16(f).**

26  ///

27  ///

28

1    **IT IS FURTHER ORDERED** that the Clerk of the Court send copies of this

2   Order to any party appearing in propria persona.

3    DATED this 8th day of July, 2013.

4

5

6    Stephen M. McNamee
    Senior United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 **WO**

2

3

4

5

6 **IN THE UNITED STATES DISTRICT COURT**

7 **FOR THE DISTRICT OF ARIZONA**

8

9 ,                                    )   No. CV-     -      -PHX-SMM
                                       )
10                    Plaintiff,        )
                                       )
11      v.                              )   **RULE 16 SCHEDULING ORDER**
                                       )
12 ,                                    )
                                       )
13                    Defendants.       )
                                       )
14 _____)

15

16      On _____, 20___, a Preliminary Pretrial Conference was held in open Court

17 pursuant to Rule 16(b) of the Federal Rules of Civil Procedure.  Prior to the conference,

18 the parties filed a Rule 26(f) Case Management Plan.  Pursuant to the terms of the Case

19 Management Plan, and the representations made by the parties at the Rule 16 Preliminary

20 Pretrial Conference, all parties were ordered to comply with the deadlines established in

21 this Order.

22      **IT IS HEREBY ORDERED** that the current provisions of the Federal Rules of

23 Civil Procedure shall apply to all proceedings concerning this case.

24      **IT IS FURTHER ORDERED** that all Initial Disclosures as defined in Federal

25 Rule of Civil Procedure 26(a), if not already exchanged prior to the time of this

26 Preliminary Pretrial Conference, shall be made **no later than five (5) days** after date of

27

28

1   entry of this Order or, in the alternative, no later than _____

2       **IT IS FURTHER ORDERED** that to satisfy the requirements of Federal Rule of

3   Civil Procedure 26(a), the parties shall file with the Clerk of the Court a <u>Notice of Initial</u>

4   <u>Disclosure</u>, rather than copies of the actual disclosures.

5       **IT IS FURTHER ORDERED** that any amendment to the Complaint shall be

6   filed no later than _____.  Any

7   amendment to the Answer shall be filed no later than

8   _____.

9       **IT IS FURTHER ORDERED** that all discovery, answers to interrogatories, and

10  supplements to interrogatories must be completed by _____.

11  In no event, however, shall this provision alter the duties and obligations imposed upon

12  the parties by Federal Rule of Civil Procedure 26(e).  This Order contemplates that each

13  party will conduct discovery in such a manner as to complete, within the deadline, any

14  and all discovery.  "Last minute" or "eleventh hour" discovery which results in

15  insufficient time to undertake additional discovery and which requires an extension of the

16  discovery deadline will be met with disfavor, and could result in denial of an extension,

17  exclusion of evidence, or the imposition of other sanctions.

18      **IT IS FURTHER ORDERED** that discovery by interrogatory shall generally be

19  governed by Federal Rule of Civil Procedure 33.  However, notwithstanding Federal Rule

20  of Civil Procedure 33, there is a limit of _____ interrogatories, including

21  discrete subparts, applicable to this case.

22      **IT IS FURTHER ORDERED** that requests for admissions shall be governed by

23  Federal Rule of Civil Procedure 36.  The parties shall serve no more than _____

24  requests for admissions.

25      **IT IS FURTHER ORDERED** reminding counsel of their duty under Rule 26(e)

26  of the Federal Rules of Civil Procedure to supplement all Rule 26(a) disclosures and

27  responses to discovery requests.  Pursuant to Rule 26(e)(1), any additions or other

28  changes to information previously disclosed must be made prior to the time that Rule

1  26(a)(3) Pretrial Disclosures are due.  Since this Court effectively requires all Rule

2  26(a)(3) Pretrial Disclosures to be contained in the Proposed Final Pretrial Order, this

3  Order contemplates that all exhibits and witnesses that may be offered at trial will have

4  been disclosed before the close of discovery as established by the provisions of this

5  Order.  This Order therefore supersedes the "thirty-day before trial" disclosure deadline

6  contained in that Rule.  Therefore (1) failure to have timely supplemented a Rule 26(a)

7  disclosure, including but not limited to witnesses and exhibits, or (2) a failure to have

8  timely supplemented responses to any valid discovery requests, or (3) attempting to

9  include any witnesses or exhibits in the Proposed Final Pretrial Order that were not

10  previously disclosed in a timely manner as to allow for meaningful discovery prior to the

11  discovery cutoff date as established by this Order, may result in the exclusion of such

12  evidence at trial or the imposition of other sanctions.

13       **IT IS FURTHER ORDERED** that, **in the event of a discovery dispute, the**

14  **parties shall contact the Court to request a telephonic conference prior to filing any**

15  **discovery motions.**  The parties shall not contact the Court regarding a discovery dispute

16  unless they have been unable to resolve the dispute themselves, despite personal

17  consultation and sincere efforts to do so.  The parties shall not file any written materials

18  related to a discovery dispute or discovery motion without express leave of Court.  If the

19  Court does order written submissions, the movant shall include a statement certifying that

20  counsel could not satisfactorily resolve the matter despite personal consultation and

21  sincere efforts to do so, in accordance with LRCiv 7.2(j) of the Rules of Practice of the

22  United States District Court for the District of Arizona.

23       **IT IS FURTHER ORDERED** that the Plaintiff(s) shall disclose the identity of

24  any person who may be used at trial to present evidence under Federal Rules of Evidence

25  701, 702, 703, 704, and 705 no later than

26

27

28

1   _____.[2]  The Defendant(s) shall disclose

2   the identity of any person who may be used at trial to present evidence under Federal

3   Rules of Evidence 701, 702, 703, 704, or 705 no later than

4   _____.  Rebuttal experts if any, shall be disclosed

5   no later than _____.  No deposition of any expert witnesses

6   shall occur before the disclosures concerning expert witnesses mandated by this Order are

7   made. Depositions of all expert witnesses must be concluded by _____.

8       **IT IS FURTHER ORDERED** that the disclosures of the identities of any persons

9   who may be used at trial to present evidence under Federal Rules of Evidence 701, 702,

10  703, 704, or 705 shall also include all of the disclosures required by Federal Rule of Civil

11  Procedure 26(a)(2)(B) if the witness is either (1) retained or specifically employed to

12  provide expert testimony in the case, or (2) is an agent or employee of the party offering

13  the testimony whose duties regularly involve giving expert testimony.

14      **IT IS FURTHER ORDERED** that depositions shall be limited as provided by

15  Rules 30 and 31 of the Federal Rules of Civil Procedure unless the parties otherwise

16  stipulate in writing when permitted to do so pursuant to the Rules or when granted

17  permission to depart from the provisions of the Rules by Order of this Court.

18  Notwithstanding any provision in the Federal Rules of Civil Procedure or the Local

19  Rules, the parties shall conduct no more than _____ depositions.

20      **IT IS FURTHER ORDERED** pursuant to Federal Rule of Civil Procedure

21  30(d)(1) that there shall be a time limit of _____ hours[3] to conduct a deposition of

22  any witness in this case.  Additional time shall be allowed where the deponent or a party

23  impedes or delays the examination.  This time limit may only be extended by Order of

24  this Court upon motion of any party that demonstrates good cause for doing so.  Counsel

25  _____

26      [2]  The parties are hereby given notice that this Order requires disclosure greater than that required by Federal Rule of Civil Procedure 26(a)(2).

27      [3]   The Court finds that a presumptive limit of seven (7) hours is sufficient for

28  depositions in a standard track civil case.

1  shall conduct themselves courteously and professionally, especially during the taking of

2  depositions.  Any objections made during the course of a deposition must be in

3  accordance with Rule 30(c)(2) of the Federal Rules of Civil Procedure.

4       **IT IS FURTHER ORDERED** that notwithstanding any provisions of the Federal

5  Rules of Civil Procedure or any other provisions of this Order, non-party witnesses shall

6  <u>not</u> be permitted to attend, either physically, electronically, or otherwise, the deposition of

7  any other witness in this case without an Order of this Court to the contrary.

8       **IT IS FURTHER ORDERED** that all dispositive motions shall be filed no later

9  than _____.  Such motions must be, in all respects, in

10  full compliance with the Rules of Practice of the United States District Court for the

11  District of Arizona.

12       **IT IS FURTHER ORDERED** that no submissions to the Court shall contain any

13  footnotes in excess of five (5) lines.

14       **IT IS FURTHER ORDERED** that all parties are hereby specifically admonished

15  that failure to respond to a motion by serving and filing an answering memorandum

16  within the time period expressly provided for in LRCiv 7.2 of the Rules of Practice of the

17  United States District Court for the District of Arizona may be deemed a consent to the

18  denial or granting of the motion and the Court may then dispose of the motion summarily.

19       **IT IS FURTHER ORDERED** that the parties shall not notice oral argument on

20  any motion.  Instead, a party desiring oral argument on a motion shall request argument

21  by placing "Oral Argument Requested" immediately below the title of such motion,

22  pursuant to LRCiv 7.2(f) of the  Rules of Practice of the United States District Court for

23  the District of Arizona.  The Court will then issue a minute order scheduling the oral

24  argument.

25       Oral argument shall be scheduled at the request of a party on all motions to dismiss

26  and motions for summary judgment.  On all other motions on which a party requests oral

27  argument, the Court will determine whether oral argument is necessary.  FURTHER,

28  THE PARTIES ARE REMINDED THAT OBTAINING A HEARING DATE IS

1   PURELY ADMINISTERIAL.  ACCORDINGLY, REGARDLESS OF A HEARING
2   DATE, THE COURT MAY, AT ANY TIME AFTER THE MOTION IS FULLY
3   BRIEFED, DETERMINE THAT A HEARING IS UNWARRANTED AND RULE ON
4   THE MOTION WITHOUT ORAL ARGUMENT.

5       **IT IS FURTHER ORDERED** that any and all motions, requests, or stipulations
6   for extensions of time shall be made in accordance with the provisions of LRCiv 7.3 of
7   the Rules of Practice of the United States District Court for the District of Arizona.
8   Notwithstanding this directive, however, if such a motion, request, or stipulation seeks an
9   extension of time in which to file a memorandum in response or in reply to a motion
10  previously noticed for oral argument, under no circumstances shall such a motion,
11  request, or stipulation seek an extension that would preclude the Court from having at
12  least thirty (30) days from the due date for the filing of the reply memorandum to
13  consider the merits of the underlying motion unless the motion, request, or stipulation
14  also seeks to vacate and reschedule the oral argument.  Any motion, request, or
15  stipulation that so seeks both an extension of time and rescheduling of a hearing shall
16  contain a memorandum of points and authorities which demonstrates good cause for the
17  Court to grant the requested extension.

18      **IT IS FURTHER ORDERED** that, if no dispositive motions are pending before
19  the Court after the dispositive motions deadline has passed, Plaintiff(s) shall file a Notice
20  of Readiness for Order Re: Final Pretrial Conference within ten (10) days of the
21  dispositive motions deadline.

22      **IT IS FURTHER ORDERED** that, if dispositive motions are pending before the
23  Court following the dispositive motions deadline, the Court will issue an Order Re:  Final
24  Pretrial Conference following its resolution of the dispositive motions, if necessary.

25      **IT IS FURTHER ORDERED** that the Order Re: Final Pretrial Conference shall:
26  1) set deadlines for the filing of and response to motions in limine; 2)  instruct the parties
27  on their duties in preparing for the Final Pretrial Conference and for trial; and 3) include a
28  form for the completion of the parties' Proposed Pretrial Form of Order.

1    **IT IS ORDERED** that the attorneys for each party <u>who will be responsible for</u>

2  <u>trial of the lawsuit</u> shall **APPEAR** and **PARTICIPATE** in a Final Pretrial Conference on

3  _____ at _____, ____.m.

4  in courtroom # 605 on the sixth floor of the United States Courthouse, 401 West

5  Washington Street, Phoenix, Arizona.  Because the Final Pretrial Conference is held for

6  the benefit of all parties, and further because the presence of all parties will facilitate

7  frank discussion of the pertinent issues in the lawsuit, **each party, or a representative**

8  **with binding settlement authority if the party is an entity**, shall attend the Final

9  Pretrial Conference.  At the Final Pretrial Conference, the Court shall set a firm trial date.

10    **IT IS FURTHER ORDERED** that the parties shall keep the Court informed

11  regarding the possibility of settlement and should settlement be reached, the parties shall

12  file a Notice of Settlement with the Clerk of the Court.

13    **IT IS FURTHER ORDERED** that this Court views compliance with the

14  provisions of this Order as critical to its case management responsibilities and the

15  responsibilities of the parties under Rule 16 of the Federal Rules of Civil Procedure.

16

17

18

19

20

21

22

23

24

25

26

27

28